USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

JOHN FRANCIS,

                              Plaintiff,

           -against-

THE CITY OF NEW YORK, POLICE OFFICER KEVIN
MORRIS (TAX 944832), and JOHN DOES 1-3,

                              Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV5598 (VEC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Offices of Michael S. Lamonsoff
*Attorneys for Plaintiff*
80 Maiden Lane, 12th Floor
New York, NY 10038
(212) 962-1020

By: _____
Ryan J. Lawlor
*Attorney for Plaintiff*

Dated: New York, New York
May 20, 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, The New York City Police Department*
100 Church Street, Rm. 3-171
New York, New York 10007

By: _____
Linda Mindrutiu
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE